DUTCH POINT CREDIT UNION *v.* JAMES S. GREENE

The defendant's petition for certification for appeal from the Appellate Court is denied.

*James S. Greene,* pro se, in support of the petition.

Decided January 25, 1990

STATE OF CONNECTICUT *v.* JAMES J. SIANO

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 369, is granted, limited to the following issues:

"1. Does the disclosure required by Practice Book § 744 depend on the personal knowledge of the prosecuting attorney?

"2. Are the requirements of Practice Book § 744 met by having the prosecuting attorney make inquiries of the relevant witness?

"3. If there was an error in failing to comply with Practice Book § 744, was it waived or was it harmless?"

*John S. Pinney,* in support of the petition.

Decided January 25, 1990